Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE COX**　　**JUDGE NORGLE**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | 08CR 0049 | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 0896 | DATE | JANUARY 17, 2008 |
| CASE TITLE | US v. MARK KOZIK & HEIDI KUNZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

THE GOVERNMENT WILL PREPARE A WRIT AT A LATER DATE SEEKING TO HAVE THE DEFENDANTS BROUGHT INTO FEDERAL CUSTODY AS TO BOTH DEFENDANTS. BOTH DEFENDANTS ARE IS CURRENTLY IN THE CUSTODY OF IDOC.

RECEIVED
JAN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE　　(ONLY IF FILED
OR MAGISTRATE JUDGE　　UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#