# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 49 - 1 | **DATE** | 1/24/2008 |
| **CASE TITLE** | United States of America vs. Mark Kozik and Heidi Kunz | | |

**DOCKET ENTRY TEXT**

Petition for Writ of Habeas Corpus Ad Prosequendum is granted. Writ to issue returnable on February 15, 2008 at 10:30 a.m. Arraignment is set for February 15, 2008 at 10:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|