

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 49 |
| Plaintiff, ) | |
| ) | Judge Norgle |
| vs. ) | |
| MARK KOZIK and ) | |
| HEIDI KUNZ ) | |
| ) | |
| Defendants. ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Mark Kozik
Date of Birth:
Sex:
Race:
Inmate No.: L127296

has been and now is, in due process of law, incarcerated in the following institution:

Lake County Jail
20 S. County St.
Waukegan, IL 60085

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 2113(a), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on February 15, 2008 at 10:30 a.m. for an arraignment before the Honorable Charles R. Norgle, Sr., in Courtroom 2341.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL            SHERIFF
Northern District of Illinois            Lake County Jail
Chicago, Illinois                 Waukegan, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER: 1-23-08

_____
JUDGE

DATED at Chicago, Illinois
this __th day of January, 2008.