# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 49 - 1&2 | **DATE** | 2/15/2008 |
| **CASE TITLE** | United States of America vs. Mark Kozik and Heidi Kunz | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty as to all counts. 16.1 conference to be held within ten days. Pretrial motions are due on or before 3/21/2008. Status hearing is set for 3/21/2008 at 9:30 a.m. Time is excluded until 3/21/2008. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|