

**U.S. Department of Justice**

**United States Attorney**
**Northern District of Illinois**

Sheri H. Mecklenburg  
Assistant United States Attorney

Everett McKinley Dirksen Federal Building  
219 South Dearborn Street     (312) 469-6030  
Room 5000     FAX (312) 353-4322  
Chicago, Illinois 60604

July 9, 2008

Hon. Charles Norgle  
United States District Court, Northern District of Illinois  
219 S. Dearborn, Room 2346  
Chicago, IL 60604

      **Re:**    *United States v. Kozik and Kunz,* 08 CR 49

Dear Judge Norgle:

    Enclosed is a copy of the written and the videotaped confessions of defendant Heidi Kunz, submitted to you in connection with the Government's Motion For Separate Trials, filed today.

                          Sincerely,

                          PATRICK J. FITZGERALD  
                          United States Attorney

                By: <u>s/Sheri H. Mecklenburg</u>  
                    SHERI H. MECKLENBURG  
                    Assistant United States Attorney  
                    219 S. Dearborn Street  
                    Chicago, IL 60604  
                    (312) 469-6030

Enclosures  
cc: all counsel of record