UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 49 |
| Plaintiff, | ) | |
| | ) | Judge Norgle |
| vs. | ) | |
| | ) | |
| MARK KOZIK AND HEIDI KUNZ | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF GOVERNMENT'S MOTION FOR SEPARATE TRIALS

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on Friday, July 11, 2008, at 9:30 a.m., or as soon thereafter as I may be heard, I shall then and there present the GOVERNMENT'S MOTION FOR SEPARATE TRIALS, filed on this date, before Judge Norgle, in courtroom 2341 of the Federal Dirksen Building, 219 S. Dearborn, in Chicago, Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  *s/Sheri H. Mecklenburg*
      Sheri H. Mecklenburg
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6030

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the **NOTICE OF GOVERNMENT'S MOTION FOR SEPARATE TRIALS** was served on July 9, 2008, in accordance with Fed. R. Crim. P. 49 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

　　　　　　　　　　　　　　　　　　　　　　*s/ Sheri H. Mecklenburg*
　　　　　　　　　　　　　　　　　　　　　Sheri H. Mecklenburg
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois   60604
　　　　　　　　　　　　　　　　　　　　　(312) 469-6030