UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 49 |
| Plaintiff, | ) | |
| | ) | Judge Norgle |
| vs. | ) | |
| | ) | |
| MARK KOZIK AND HEIDI KUNZ | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS TO
GOVERNMENT'S RESPONSE TO KUNZ'S
MOTION TO QUASH ARREST AND SUPPRESS STATEMENTS**

Now comes the UNITED STATES by PATRICK J. FITZGERALD, United States Attorney

for the Northern District of Illinois, and respectfully submits the following Exhibits to Government's

Response to Kunz's Motion To Quash Arrest and Suppress Statements:

EXHIBIT A          Fox Lake Police Dispatch Print-out

EXHIBIT B          Fox Lake Police Written Miranda Advisory & Waiver, signed by
                   Kunz, dated September 26, 2007 at 8:45 p.m.

EXHIBIT C          Fox Lake Police Written Consent to Search, signed by Kunz, dated

                   September 26, 2007 at 9:00 p.m.

EXHIBIT D          Diagram by Kunz, dated September 26, 2007 at 10:30 p.m.

EXHIBIT E          Written confession by Kunz, dated September 26, 2007 at 11:25 p.m.

EXHIBIT F          Lake County Sheriff Consent to Search, signed by Kunz, dated
                   September 26, 2007 at 2:00 p.m.

EXHIBIT G          McHenry Police Miranda Advisory, signed by Kunz, dated
                   September 27, 2007 at 4:45 p.m.

EXHIBIT H                    Video of Kunz's oral confession, made on September 27, 2007, and
                             submitted to this Court on July 9, 2008

EXHIBIT I                    McHenry Police Consent to Search, signed by Kunz, September 27,
                             2007 at 7:56 p.m.

EXHIBIT J                    Lake County Sheriff Statement of Constitutional Rights and Waiver,
                             signed by Kunz, October 2, 2007 at 11:00 a.m.

EXHIBIT K                    Lake County Sheriff Consent to Search For Bodily Samples, signed
                             by Kunz, October 2, 2007 at 11:06 a.m.


                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

                                    By:   *S/ Sheri H. Mecklenburg*
                                          Sheri H. Mecklenburg
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 469-6030

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the **EXHIBITS TO GOVERNMENT'S RESPONSE TO KUNZ'S MOTION TO QUASH ARREST AND SUPPRESS STATEMENTS** was served on July 29, 2008, in accordance with Fed. R. Crim. P. 49 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

_s/ Sheri H. Mecklenburg_
Sheri H. Mecklenburg
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois   60604
(312) 469-6030

# Exhibit A

**Notes for DTL-SPECIAL DETAIL at 301 S R59-FL**

Backup officer: OSTERTAG, MICHAEL
Backup officer: KOYNE, JOHN       NORRIS, JEFFREY
Backup officer: DALY, TERRENCE    BALDOWSKY, JASON
Primary officer: MARTIN, JOSEPH
Date closed: 09/27/07
Time closed: 05:11:51
Disposition 1: 9 ADMINISTRATIVE CASE CLOSED
Disposition 2: 9037 ASSIST - BACKUP

| | |
|---|---|
| Timer reset to 60 minutes on unit 6706 at 17:12:16 (TLR) | 17:12:16 |
| 1 7410 BARRY AVE (TLR) | 17:12:29 |
| IN MCSO (TLR) | 17:12:24 |
| MCSO WAS NOTI (TLR) | 17:12:44 |
| Timer reset to 60 minutes on unit 6706 at 18:13:32 (JND) | 18:13:32 |
| Unit 6706 current location: 76 7410 BARRY AVE (JND) | 18:13:39 |
| Unit 6703 current location: 76 7410 BARRY AVE (JND) | 18:13:48 |
| Timer reset to 999 minutes on unit 6706 at 19:13:50 (JND) | 19:13:50 |
| WINDSOR AVE.... (JND) | 19:29:10 |
| Unit 6706 current location:  (JND) | 19:29:36 |
| Unit 6706 current location: P1 (JND) | 19:29:39 |

'RETURN' FOR MORE LINES, 'X' TO EXIT: _

19:29 - 6706 (martin) P1 which is Fox Lake P.D.

Incident

**Notes for DTL-SPECIAL DETAIL at 301 S R59-FL**

| | |
|---|---|
| Unit 6702 current location: P (JND) | 19:29:56 |
| Unit 6706 current location: (JND) | 20:07:23 |
| Unit 6703 current location: (JND) | 20:07:28 |
| Unit 6703 current location: STATION 4 (JND) | 20:25:49 |
| Unit 6706 current location: STATION 4 (JND) | 20:25:49 |
| Unit 6723 current location: 76 7410 BARRY AVE (JND) | 20:41:32 |
| Unit 6783 current location: 76 7410 BARRY AVE (JND) | 20:41:32 |
| Unit 6794 current location: 76 7410 BARRY AVE (JND) | 20:41:32 |
| Unit 6702 current location: 76 7410 BARRY AVE (JND) | 20:41:32 |
| Unit 6706 current location: 76 7410 BARRY AVE (JND) | 20:41:32 |
| Timer reset to 4 minutes on unit 6706 at 20:49:25 (JND) | 20:49:25 |
| Unit 6703 current location: 7410 BARRY AVE-MC (JND) | 20:49:50 |
| Unit 6706 current location: 7410 BARRY AVE-MC (JND) | 20:49:50 |
| Unit 6723 current location: 7410 BARRY AVE-MC (JND) | 20:49:50 |
| Unit 6783 current location: 7410 BARRY AVE-MC (JND) | 20:49:50 |
| Unit 6794 current location: 7410 BARRY AVE-MC (JND) | 20:49:50 |
| Timer reset to 4 minutes on unit 6706 at 20:54:23 (JND) | 20:54:23 |
| Timer reset to 30 minutes on unit 6706 at 21:00:14 (JND) | 21:00:14 |
| RESET FOR 30 MINS PER 6794 (JND) | 21:00:19 |
| Unit 6783 current location: 11-01 W/1 MALE (JND) | 21:01:57 |

'RETURN' FOR MORE LINES, 'X' TO EXIT, 'T' FOR TOP: _

Notes for DTL-SPECIAL DETAIL at 301 S R59-FL

| | |
|---|---|
| Unit 6783 current location: POST 1 (JWD) | 21:12:46 |
| SUBJECT IS IN INTERVIEW 1 (JWD) | 21:18:11 |
| ----- CIC message appended by JWD ----- | 21:19:24 |
| CIC MESSAGE NUMBER 21748250    09/26/07 | 21:19:24 |
| | 21:19:24 |
| M6Q       M/0000003207 | 21:19:24 |
| SOS  09262007  2121 | 21:19:24 |
| DL/IP STA/REVOKED | 21:19:24 |
| TDL/TIP STA/SEE ILOLNHELP | 21:19:24 |
| CDL/CIP STA/SEE ILOLNHELP | 21:19:24 |
| SCHLBUS STA/NOT A SCHOOL BUS DRIVER (SEE ILOLNHELP) | 21:19:24 |
| KOZIK MARK C | 21:19:24 |
| 33063 N VALLEY VIEW   GRAYSLAKE   60030 | 21:19:24 |
| SEX/M DOB/02171975 HGT/5'09" WGT/150 HAI/BLN EYE/HAZ | 21:19:24 |
| OLN/K220-5437-5079   OLC/D* OLT/ORIG EXP/03172007 ISS/05022003 | 21:19:24 |
| RES-PID CLASS/NONE | 21:19:24 |
|  4 STOPS IN EFFECT | 21:19:24 |
| NO CONV LAST 12 MO | 21:19:24 |
| SUSP 08202006 I 13B-55(B) | 21:19:24 |
| REVO 04212006 I 6-205A2 | 21:19:24 |

'RETURN' FOR MORE LINES, 'X' TO EXIT, 'T' FOR TOP: _

Notes for DTL-SPECIAL DETAIL at 301 S R59-FL

| REVO 03162006 I 6-205A2 | 21:19:24 |
| SUSP 05262005 I 11-501.1 | 21:19:24 |
| DIGITAL ISSUE | 21:19:24 |
| END | 21:19:24 |
| QUERY RUN BY PORT 754 | 21:19:24 |
| ----- End of CIC message ----- | 21:19:26 |

Timer reset to 60 minutes on Unit 6723 at 21:31:22 (JND)     21:31:22
Timer reset to 30 minutes on unit 6706 at 21:31:25 (JND)     21:31:25
REQUEST FOR TOW TRUCK (JND)                                  21:47:22
FOX TOWING (JND)                                             21:47:33
FOX TOWING (JND)                                             21:50:39
STATE PARK TO MAIN LEFT ON WINDSOR FIRST RIGHT AND IMMEDIATE (JND) 21:51:13
LEFT (JND)                                                   21:51:13
TWR (JND)                                                    21:51:33
TOW IS ENROUTE (JND)                                         21:51:39
Unit 6723 current location: 11-01 SM/25.5 (JND)             21:52:35
*Report Number 2007-10050 Assigned (JND)                    21:58:21
Timer reset to 30 minutes on unit 6706 at 21:58:42 (JND)    21:58:42
Unit 6723 current location: SM/30.9 (JND)                   22:02:07
Unit 6723 current location: P1 (JND)                        22:07:44

'RETURN' FOR MORE LINES, 'X' TO EXIT, 'T' FOR TOP: _

Notes for DTL-SPECIAL DETAIL at 301 S R59-FL

| | |
|---|---|
| Unit 6794 current location: 76 P1 (JND) | 22:21:45 |
| Timer reset to 30 minutes on unit 6706 at 22:21:49 (JND) | 22:21:49 |
| Unit 6703 current location: P1 (JND) | 22:21:54 |
| Unit 6706 current location: P1 (JND) | 22:21:54 |
| Unit 6706 current location: L 071577 (JND) | 22:30:39 |
| HEIDI (JND) | 22:30:53 |
| Unit 6706 current location: P1 (JND) | 22:33:46 |
| ----- CIC message appended by JND ----- | 22:39:02 |
| CIC MESSAGE NUMBER 21749573     09/26/07 | 22:39:02 |
| | 22:39:02 |
| W6Q     M/0000003435 | 22:39:02 |
| SOS   09262007   2240 | 22:39:02 |
| DL/IP STA/EXPIRED | 22:39:02 |
| TDL/TIP STA/SEE ILOLNHELP | 22:39:02 |
| CDL/CIP STA/SEE ILOLNHELP | 22:39:02 |
| SCHLBUS STA/NOT A SCHOOL BUS DRIVER (SEE ILOLNHELP) | 22:39:02 |
| KUNZ HEIDI LOUISE | 22:39:02 |
| 7410 BARRY AVE   SPRING GROVE   60081 | 22:39:02 |
| SEX/F DOB/07151977 HGT/5'02" WGT/185 HAI/BRO EYE/GRN | 22:39:02 |
| OLN/K520-3327-7801   OLC/D* OLT/ORIG EXP/07152007 ISS/06032003 | 22:39:02 |
| 'RETURN' FOR MORE LINES, 'X' TO EXIT, 'T' FOR TOP: _ | |

Notes for DTL-SPECIAL DETAIL at 301 S RSB-FL                          22:39:02

| RES-PID CLASS/CORRECTIVE LENSES | 22:39:02 |
| NO STOPS IN EFFECT | 22:39:02 |
| NO CONV LAST 12 MO | 22:39:02 |
| DIGITAL ISSUE | 22:39:02 |
| END | 22:39:02 |
| QUERY RUN BY PORT 754 | 22:39:02 |
| ----- End of CIC message ----- | 22:40:21 |
| ----- CIC message appended by JND ----- | 22:40:21 |
| CIC MESSAGE NUMBER 21749584      09/26/07 | 22:40:21 |
|  | 22:40:21 |
| N6Q     M/0000003438 | 22:40:21 |
| 07.269 22.42.54 | 22:40:21 |
| RN6QFID03 NO RECORD NAME KUNZ,HEIDI L | 22:40:21 |
| QUERY RUN BY PORT 755 | 22:40:21 |
| ----- End of CIC message ----- | 22:40:34 |
| ----- CIC message appended by JND ----- | 22:40:34 |
| CIC MESSAGE NUMBER 21749527      09/26/07 | 22:40:34 |
|  | 22:40:34 |
| N6Q     M/0000003425 | 22:40:34 |
| 07.269 22.34.41 | 22:40:34 |

'RETURN' FOR MORE LINES, 'X' TO EXIT, 'T' FOR TOP: _

# Exhibit B

Report Number: 07/10050

# Fox Lake Police Department
## Miranda Warning

1. You have the right to remain silent._____

2. Anything you say can, and will, be used against you in a court of law._____

3. You have the right to talk to, and consult with a lawyer prior to any questioning, and have a lawyer present with you while you are being questioned._____

4. If you decide to answer questions now, without a lawyer present, you still have the right to stop answering, at any time, until you talk to a lawyer._____

5. If you are unable to afford a lawyer, the court will appoint one for you._____

## IF YOU ARE A JUVENILE

6. As a juvenile, you may consult with your parents or legal guardian before any questioning begins and you may also have them present during any questioning if you so desire._____

7. As a juvenile, you must also be aware that anything you say can, and will, be used against you in subsequent criminal proceedings if the case is transferred to adult court, after the appropriate hearing in juvenile court._____

## ACKNOWLEDGEMENT AND WAIVER OF RIGHTS

The above statement of my rights has been read and explained to me and I fully understand what my rights are. I am ready and willing to answer questions or to make a statement without first consulting with a lawyer or without having a lawyer present during questioning.

In waiving my right to remain silent, I wish to state that no promises or threats have been made to me and no persuasion or coercion has been used against me.

Signed: X _Heidi Kozic_    Date: _09/26/07_

Witness: _OFC. Michael Ostoit #197_    Time: _8:45 Pm_

Witness: _JC 209_    Location: _7410 Barry Ave_
_Spring Grove Ill 60050_

08/06

# Exhibit C

# Fox Lake Police Department

## Permission to Search

I, _HEIDI KOZIK_____, have been informed by

_DET Martin_____ and _OFc osting_____

who made proper identification as (an) authorized law enforcement officer(s) of

the _Fox LAke Police DepT_____

of my CONSTITUTIONAL RIGHT not to have a search made of the premises and

property owned by me and/or under my care, custody and control, without a search

warrant. Knowing of my lawful right to refuse to consent to such a search, I willingly

give my permission to the above named officer(s) to conduct a complete search of the

premises and property, including all buildings and vehicles, both inside and outside of the

property located at _7410 BARRY Ave  SPring Grove Il_

_____

The above said officer(s) further have my permission to take from my premises and

property, any letters, papers, materials or any other property or things which they desire

as evidence for criminal prosecution in the case or cases under investigation.

This written permission to search without a search warrant is given by me to the above

officer(s) voluntarily and without any threats or promises of any kind, at _9:00_ P M.

On this _20th_ day of _SepT_____ 20_07_, at _9:00 Pm_____.

Signed _Heidi Kozik_____

Witness _OFc MhlOtt #197_     Witness _DeT Js 207_

Address _Fox LAkE POLICE DEPT._     Address _For LAk PD_

Phone _847 587-3100_     Phone _587-3100_

Report # _0 7-10050_

# Exhibit D

07- 10050

September 26, 2007      10:30 PM.

Diagram Made By Heidi Kunz

Of Fox Lake National City Bank.

611 E Grand   Ave Fox Lake IL.

(Location of where She Parked Her Vehicle

During The Robbery.)



# Exhibit E

09/26/07

Heidi kunz-kozik
7410 barry ave
spring grove, il 60081

on September 26, 2007 @ 1125 pm @ fox lake police department

I heidi louise kunz-kozik am writing the statement of my own free will.

On Monday august 6th 2007 he requested that I drive to several banks to check the layouts of them. We drove to two banks on grand ave first American. And the other is the bank next door to las palmas, (where I gave my phone number and first name along with my sister in laws maiden name to the woman I spoke with)..her name was toni and the final bank was national city in fox lake where I spoke with Sandra, and came back a few hours later after she had gotten off work for the day and asked another teller for her (sandra's) business card

On august 7th 2007,

In the morning he kept badgering me to drive him to a bank so that he could rob it and I repeatedly told him no until I got to the point that I couldn't handle it anymore and just gave in.

in the afternoon, I drove my husband mark c kozik and I parked behind the locksmith and hair shop next door to the fox lake branch of the national city bank. Drove my vehicle a silver four door 1995 grand prix, license plate # 667 9743

My husband mark c kozik got out of the vehicle and put on the wig and walked into the bank, he came out several minutes later and entered the rear passenger side and told me to drive.

When we got to his mothers house the grayslake police were sitting in the parking lot of the first Midwest bank and asked if we had any idea about a woman robbing a bank in fox lake.

I heidi louise kunz-kozik drove home to 7410 barry ave. and we got out of the car. He changed clothes and tossed the bag into the second bedroom upon entering the house and we left and drove to his mothers aparmtment in grayslake il. From there we drove home (7410 barry) and he dumped the bag out that had the money and gun inside it as I packed a couple of suitcases as we were supposed to go on our honeymoon in a few days. We left earlier than planned and came home a couple days later.

He stated that it was about 1200$, that we took to the dells and paid for the hotel room for a few nights.

As of today September 26, 2007 I have no idea where the wig is that he used.

*Heidi Kozik*                    1            Det J~ 20q
                                              OFC. Michael Oton #197

Officer Martin showed me two pictures and I could only positively id one as being of my husband Mark C. Kozik. As the person who robbed spring grove tcf bank.

Signed _____

Witness _____

Witness _____

# Exhibit  F

**OFFICE OF THE SHERIFF**

*Lake County, Illinois*

**GARY DEL RE**
**SHERIFF**

25 S. Martin Luther King, Jr. Ave.
Waukegan, Illinois 60085
Phone: (847) 377-4000
Fax: (847) 360-5796

# CONSENT TO SEARCH

**EMERGENCY**
**DIAL 911**

**DIVISIONS**

Civil Process
(847) 377-4400

Communications
(847) 549-5200

Court Security
(847) 377-4911

Criminal
Investigations
(847) 377-4250

Emergency
Management
Agency
(847) 377-7100

Highway Patrol
(847) 377-7020

Jail
(847) 377-4112

Marine Unit
(847) 587-4471

Records
(847) 377-4200

Training/
Community
Service
(847) 377-4350

Warrants
(847) 377-4300

Work Release
(847) 377-4450

DATE: 27 day of Sept , 20 07 .

I, HEIDI KOZIK , having been informed of my

Constitutional Right not to have a Search made of the Residence Residence.

hereinafter mentioned without a Search Warrant, and of my right to refuse to consent to

such a search hereby authorize Det. Martin, Det Dunk, Det Adams  Kreussig, Sittig

(Names of the Officers) Frankly, mintz.

of the Lake County Sheriff's Police to conduct a complete search of my premises located

at 7410 Barry Ln Spring Grove Il 60081

Residence

auto described as White 1 Story Residial Home w/ Blue Shutters

These Officers are authorized by me to take from my Residence. any

letters, papers, materials, or other property that they desire.

This written permission is being given by me to the above-named Officers voluntarily and

without threats or promises of any kind.

SIGNED: *Heidi Kozik*

WITNESSES: 209 Fox Lake.

Signed at 7410 Barry Ln

Spring Grove Il 60081

at 2:00 o'clock P M

*"SERVING THE PEOPLE OF LAKE COUNTY WITH PRIDE"*

Fox Lake Case # 07-10050

# Exhibit G

# CITY OF McHENRY POLICE DEPARTMENT
## MIRANDA WARNINGS

## STATEMENT OF MIRANDA RIGHTS

DATE _9 27_, 20_07_ TIME _4:45_ _P_ M    For LAke    CASE NUMBER _07-10050_

INCIDENT _Multiple Robbery Inv._ INTERVIEW LOCATION _For Lake P.D._

☒ 1. You have the right to remain silent.

☒ 2. Anything you say can and will be used against you in court.

☒ 3. You have the right to talk to a lawyer and have him present with you while you are being questioned.

☒ 4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning if you wish one.

☒ 5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

## WAIVER OF MIRANDA RIGHTS

I, _Heidi Kunz_ , have read the above statement of my rights, understand each of those rights, and having these rights in mind, I waive them and willingly make a statement.

SIGNATURE X _Heidi Kozik_ WITNESS: _Wlay Monitowo_

Parent if minor giving waiver: _____ Relationship: _____

## AUDIO/VIDEO RECORDING CONSENT

I hereby grant my permission that this interview be audio and visually recorded by the City of McHenry Police Department.

SIGNATURE X _Heidi Kozik_ WITNESS: _Wlay Monitowo_

Mchenry Police Department/FORMS/Miranda/2000

# EXHIBIT H

**Video** of Kunz's oral confession, made on September 27, 2007, and
submitted to this Court on July 9, 2008

# Exhibit I

# CITY OF McHENRY POLICE DEPARTMENT
## SEARCH WAIVER

### CONSENT TO SEARCH

Fox Lake.

Case Number _07- 10058_

I, _____Heidi Kunz_____ , hereby grant my consent to officers of the City of McHenry Police Department and other law enforcement officers assisting to search the following: _Lake Co , Spring Grove, Antioch, Crysla Lake_ .

☐ Vehicle, described as a:

_____ Color; _____ Year; _____ Make; _____ Body Style;

Bearing _____ License Number for the state of _____ .

Vehicle Identification Number _____

Including any part, compartment, or trunk of the vehicle and the contents of any object or container found therein.

☒ Apartment/House located at: _1410 Barry Ave_____

_____ _Spring Grove IL_ _____

Including: _Out Structures - Specifically to recover latex gloves_ _Carhart Jacket, hoodie sweashirt._  _pink latex gloves_

☐ Place of business known as_____

located at: _____

Including: _____

_____

I understand that I have the right to refuse to consent to the search described above and refuse to sign this form.

I further state that no promises, threats, force, or physical or mental coercion of any kind whatsoever have been used to cause me to consent to the search described above or sign this form.

Date: _9.27._ Time: _7:56_ Signature: (X) _Heidi Kozik_

Witnesses: _____ _Morkaolo_ _____

# Exhibit J



*07-7028*

**MARK C. CURRAN, JR.**
**SHERIFF**

**CHARLES E. FAGAN**
**UNDERSHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*
*Phone: (847) 377-4000*
*Fax: (847) 360-5796*

### STATEMENT OF CONSTITUTIONAL RIGHTS AND WAIVER

Before we ask you any questions, it is my duty to advise you of your rights:

1.  You have the right to remain silent

2.  Anything you say can be used against you in court of law

3.  You have the right to talk to a lawyer for advice before we ask you any questions, and to have him/her with you during questioning.

4.  If you decide to answer questions now without a lawyer present, you still have the right to stop answering at any time, until you talk to a lawyer.

5.  If you are unable to afford a lawyer, the court will appoint one for you

### IF YOU ARE A JUVENILE

6.  As a juvenile, you may consult with your parents or legal guardian before any questioning begins, and you may also have them present during any questioning if you so desire.

7.  As a juvenile, you must also be aware that anything you say can and will be used against you in subsequent criminal proceedings if the case is transferred to adult court, after the appropriate hearing in Juvenile Court.

### ACKNOWLEDGMENT AND WAIVER OF RIGHTS

The above statement of my rights had been read and explained to me and I fully understand what my rights are. I am ready and willing to answer questions or to make a statement without first consulting with a lawyer or without having a lawyer present during questioning.

In waiving my right to remain silent, I wish to state that no promises or threats have been made to me and no persuasion or coercion has been used against me.

XX *Heidi Kozik*　　　　　　　Date: _10-02-07_

Witness: _Det. _____　　Time: _11:00 AM_

Witness: _____　　Location: _____

### "SERVING THE PEOPLE OF LAKE COUNTY WITH PRIDE"

# Exhibit K

07-7028



## OFFICE OF THE SHERIFF

*Lake County, Illinois*

25 S. Martin Luther King, Jr. Ave.
Waukegan, Illinois 60085
Phone: (847) 377-4000
Fax: (847) 360-5796

### CONSENT TO SEARCH
### FOR BODILY SAMPLES

**EMERGENCY
DIAL 911**

**DIVISIONS**

Civil Process
(847) 377-4400

Communications
(847) 549-5200

Court Security
(847) 377-4911

Criminal
Investigations
(847) 377-4250

Emergency
Management
Agency
(847) 377-7100

Highway Patrol
(847) 377-7020

Jail
(847) 377-4112

Marine Unit
(847) 587-4471

Records
(847) 377-4200

Training/
Community
Service
(847) 377-4350

Warrants
(847) 377-4300

Work Release
(847) 377-4450

DATE: __02__ day of __OCT__, 20 __07__.

I, __HEIDI KOZIK (KUNZ)__, having been informed of my

Constitutional Right not to have a Search made of my person hereinafter mentioned

without a Search Warrant, and of my right to refuse to consent to such a search hereby

authorize __Officer Sittig__

(Names of the Officers)

of the Lake County Sheriff's Police to conduct a complete search of my person located at

__Lake Co. Sheriff's Office__.

These Officers are authorized by me to take from my person the following bodily

samples: head hair, pubic hair, saliva, blood, and fingernail scrapings.

This written permission is being given by me to the above-named Officers voluntarily and

without threats or promises of any kind.

SIGNED: __Heidi Kozik__

WITNESSES: __Det. Weg 289__

Signed at __25 S. MLK JR. All.__
__WAUKEGAN, IL__

at __1106__ o'clock __A__ M

*"SERVING THE PEOPLE OF LAKE COUNTY WITH PRIDE"*